UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

JONATHAN FEHR,

                        Plaintiff,                  Civil Action No. 11-CV-06009

vs.                                           **RULE 41 STIPULATION**
                                                      **OF DISMISSAL**
                                                        **WITH PREJUDICE**

CONSUMER RECOVERY ASSOCIATES, LLC

                        Defendant.
_____

      IT IS HEREBY STIPULATED AND AGREED, by all parties to this action in Accordance with Rule 41 (a)(1)(ii) of the Federal Rules of Civil Procedure, that this action is dismissed with prejudice.  Each party hereto shall bear its own costs, disbursements and attorneys' fees.

June 10, 2011

| LAW OFFICE OF CAROL BRENT | SESSIONS, FISHMAN, NATHAN & ISRAEL |
|---|---|
| /s/ Carol A. Brent | /a/ Allison L. Cannizaro |
| Carol A. Brent, Esq. | Allison L. Cannizaro, Esq. |
| Attorney for the Plaintiff | Attorneys for Defendant |
| 331 Alberta Drive, Suite 214 | 3850 North Causeway Boulevard, Suite 200 |
| Amherst, NY 14226 | Metairie, LA 70002-7227 |
| (716) 650-0750 | (504) 828-3700 |
| Email: carolbrent@brentlawoffice.com | Email: acannizaro@sessions-law.biz |